## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: John Tallevast et al. v. AbbVie, Inc. et al.     Case Number: 1:16-cv-01772

An appearance is hereby filed by the undersigned as attorney for:
John Tallevast et al.

Attorney name (type or print):  Kenneth M. Rothweiler, Esquire

Firm:    MacDonald, Rothweiler, Eisenberg LLP

Street address:     1634 Spruce Street

City/State/Zip:     Philadelphia, PA 19103

Bar ID Number:  36954                     Telephone Number:    (215) 546-6636
(See item 3 in instructions)

Email Address: Ken@erlegal.com; Rita@erlegal.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 7, 2016

Attorney signature:    S/ Kenneth M. Rothweiler
                          (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015